**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-1469**

———————————

NDEYE MAME GUINDO,

                                              Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                              Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A72-001-315)

———————————

Submitted:  December 15, 2006        Decided:  February 1, 2007

———————————

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Kell Enow, LAW OFFICES OF ENOW & PATCHA, Silver Spring, Maryland,
for Petitioner.  Peter D. Keisler, Assistant Attorney General, M.
Jocelyn Lopez Wright, Assistant Director, Kathryn L. Moore, Office
of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ndeye Mame Guindo, a native and citizen of Senegal, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See 8 C.F.R. § 1003.2(a) (2006); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Guindo, No. A72-001-315 (B.I.A. Mar. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -